Albert H. Kenyon and another *vs.* William H. Semon, impleaded, etc.

April 24, 1890.

Complaint—Designation of Parties by Initials.—The fact that the parties to an action are designated by the initials of their Christian names is no ground for the dismissal of the complaint, or reversal of the judgment. The proper remedy is by motion to require the complaint to be corrected or amended.

"A. H. Kenyon and A. T. Morse, partners as Kenyon & Morse," brought this action in the municipal court of Minneapolis against "J. S. Semon and W. H. Semon," and had judgment by default, on October 28, 1889, for $175.18. On October 26th, William H. Semon, one of the defendants, appearing specially for the purpose of the motion only, served notice of a motion, to be made November 5th, to dismiss and strike out the complaint because it does not specify the Christian names of any of the parties except by the initial letters thereof. The motion was made on his own affidavit specifying the full Christian name of each of the parties. He appeals from the judgment and from an order denying his motion.

*N. H. Miner,* for appellant.

*C. E. Conant,* for respondents.

Mitchell, J. The practice of designating the parties, either plaintiff or defendant, by the initials of their Christian names, is irregular, and has been more than once disapproved by this court; but it is no ground for the dismissal of the complaint or for a reversal of the judgment. The proper remedy, in such a case, is by motion to require the complaint to be amended or corrected in that respect. The other question sought to be raised is not involved in this appeal, at least on the present record.

Order and judgment affirmed.